# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 5D2025-2064
LT Case No. 2024-DR-001601

———————————————————

JONATHAN ANDREW DOURM,

Appellant,

v.

LINDA SHERRY BRESLIN,

Appellee.

———————————————————

Nonfinal appeal from the Circuit Court for Citrus County.
Kristie Healis, Judge.

J. Michael Blackstone, of J. Michael Blackstone, P.A., Crystal River, for Appellant.

Jeffrey P. Cario and Kimberly A. Scarano, of Jeffrey P. Cario, P.A., Brooksville, for Appellee.

March 10, 2026

PER CURIAM

AFFIRMED.

SOUD, KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____